UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS COLON,

            Plaintiff,

- against -

THE CITY OF NEW YORK, STEVEN BANKS, JENNIFER YEAW, JILL BERRY, MARK L. NEAL, MATTHEW BRUNE, MARTHA CALHOUN, PAUL LIGRESTI, ISAAC McGINN and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

            Defendants.

**ORDER**

19 Civ. 10435 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

      In the parties' joint letter dated February 12, 2020 (Dkt. No. 37), Plaintiff asks that the initial pretrial conference scheduled for February 20, 2020 be adjourned. Accordingly, the conference is adjourned to **March 5, 2020 at 10:15 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
      February 18, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge