

**JAMES E. JOHNSON**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**AMANDA M. BLAIR**
Labor & Employment Law Division
Phone: (212) 356-8767
Email: ablair@law.nyc.gov

April 7, 2020

**BY ECF**
Honorable Judge Sarah L Cave
United States Magistrate Judge
Southern District of New York
500 Pearl St.
New York, NY 10007-1312

> Defendants' Letter-Motion for an extension of their motion to dismiss briefing schedule (ECF No. 45) is GRANTED. The filing deadlines are extended as reflected below.
>
> The Clerk of Court is respectfully directed to close ECF No. 45.
>
> SO-ORDERED 4/8/2020
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge

Re: Thomas Colon v. The City of New York, et al.,
Civil Action No.: 19-cv-10435

Dear Judge Cave:

Defendants write, with consent of Plaintiff, to respectfully request a brief extension from April 13, 2020, to April 17, 2020 to file their motion to dismiss. This is Defendants' first request for an extension to file their motion to dismiss. Defendants make this request in order to provide Defendants sufficient time to craft their motion and have it reviewed in light of conflicting deadlines and the religious holidays.

Defendants propose the following briefing schedule concerning Defendants' motion to dismiss:

- Defendants shall serve and file their motion to dismiss on April 17, 2020;
- Plaintiff shall serve and file her documents on May 19, 2020; and
- Defendants will submit their reply June 2, 2020.

Sincerely,

/s/
Amanda M. Blair
Assistant Corporation Counsel

cc: Samuel O. Maduegbuna, Esq.
Maduegbuna Cooper LLP