

**GEORGIA M. PESTANA**
*Corporation Counsel*

> Defendant's letter-motion requesting to adjourn the Initial Conference (ECF No. 79) is GRANTED, and the Initial Conference is ADJOURNED to **Friday, January 7, 2022 at 2:00 pm on the Court's conference line.** The parties are directed to call: (866) 390-1828; access code: 380-9799, at the scheduled time.
>
> The terms in the Court's Order Scheduling Initial Case Management Conference (ECF No. 78) are incorporated by reference.
>
> The Clerk of Court is respectfully directed to close ECF No. 79.
>
> SO ORDERED 12/15/2021
>
> *SARAH L. CAVE*
> United States Magistrate Judge

**By ECF**

Magistrate Judge Sarah L. Cave
United States District Court
Southern District of New York
Daniel Moynihan Courthouse
500 Pearl Street,
New York, New York 10007

      Re: Thomas Colon v. City of New York, et al.
      Docket No.: 19-cv-10435 (PGG)

Dear Magistrate Judge Cave:

      I am the Assistant Corporation Counsel assigned to represent the City of New York, Steven Banks, Jennifer Yeaw, Jill Berry, Mark Neal, Matthew Brune, Martha Calhoun, Paul Ligresti, and Isaac McGinn in the above-referenced action. I write to respectfully request a brief adjournment of the initial conference in the case, currently scheduled for January 4, 2022 at 11:00.

      I make this request for an adjournment because the undersigned has depositions scheduled on January 4, 2022 and January 5, 2022. I have spoken to Plaintiff, who consents to the adjournment.

      Accordingly, Defendants respectfully request an adjournment of the initial conference from January 4, 2022 to a day after January 5, 2022, at the convenience of the Court.

      Thank you for your consideration of this request.

          Respectfully Submitted,

          By: /s/       *Lora Minicucci*
          Lora Minicucci

cc:
BY ECF
William W Cowles , II
Maduegbuna Cooper LLP
30 Wall Street, 8th floor
New York, NY 10005
212-232-0155
Fax: 212-232-0156
Email: wcowles@mcande.com

Samuel Okwudili Maduegbuna
Maduegbuna Cooper LLP
30 Wall Street, 8th floor
New York, NY 10005
(212) 232-0155
Fax: (212)-232-0156
Email: sam.m@mcande.com