UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THOMAS COLON,

               Plaintiff,

-v-

THE CITY OF NEW YORK, STEVEN BANKS, JENNIFER YEAW, JILL BERRY, MARK L. NEAL, MATTHEW BRUNE, MARTHA CALHOUN, PAUL LIGRESTI, ISAAC McGINN and JOHN and JANE DOE (said names being fictitious, the persons intended being those who aided and abetted the unlawful conduct of the named Defendants),

               Defendants.

CIVIL ACTION NO.: 19 Civ. 10435 (PGG) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The initial conference in this action has been scheduled for Friday, January 7, 2022 at 2:00 pm on the Court's conference line.  (ECF No. 80).  Under the Order Scheduling an Initial Case Management Conference, the parties were to file a Report of Rule 26(f) Meeting and Proposed Case Management Plan ("Rule 26(f) Report") one week before the initial conference.  (ECF No. 78).  The parties have not done so.  Accordingly, the Court EXTENDS the deadline to file the Rule 26(f) Report, nunc pro tunc to **Wednesday, January 5, 2022 at 5:00 pm**.

Dated:       New York, New York
                January 4, 2022

                                                    SO ORDERED.

*Sarah L. Cave* (signature)
SARAH L. CAVE
United States Magistrate Judge