> Defendant's request (ECF No. 89) is GRANTED, and the Telephonic Status Conference scheduled for May 10, 2022 at 10:00am is CANCELLED.
>
> The Clerk of Court is respectfully directed to close ECF No. 89.
>
> SO ORDERED 05/09/2022
>
> */s/ Sarah L. Cave*
> SARAH L. CAVE
> United States Magistrate Judge



**THE CITY OF NEW YORK**
# LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**Lora Minicucci**
*Assistant Corporation Counsel*
Phone: (212) 356-2078
Fax: (212) 356-3559
lminicuc@law.nyc.gov

May 9, 2022

**BY ECF**
Magistrate Judge Hon. Sarah L. Cave
United States District Court
Southern District of New York
500 Pearl St.
New York, New York 10007

    Re:    <u>Thomas Colon v. City of New York et. al. 19-cv-10435 (PGG)(SLC)</u>

Your Honor:

    I am an Assistant Corporation Counsel in the Labor and Employment Law Division of the New York City Law Department, representing Defendants in the above-referenced matter.

    Defendants write to respectfully inform the Court that the parties have reached an agreement to settle this action. Accordingly, the parties anticipate filing a Stipulation and Order of Dismissal in short order. In light of the settlement, the parties respectfully request that the Court adjourn, *sine die*, all currently scheduled deadlines and appearances.

    Thank you for your consideration herein.

                                    Respectfully,

                                    /s/
                                  Lora Minicucci
                                  *Assistant Corporation Counsel*

cc:    All Parties via ECF